## Case No. 5,617.

GORDON v. The MARY J. VAUGHAN and The TELEGRAPH.

[Cited in The D. S. Gregory, Case No. 4,100. Probably an earlier decision in The Mary J. Vaughan, Id. 9,217. Nowhere reported; opinion not now accessible.]